United States District Court
Southern District of Texas

**ENTERED**

June 18, 2026

Nathan Ochsner, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **JOSE FRANCISCO RAMIREZ,** *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. **1:26-cv-274** |
| **MARCO RUBIO**, in his official capacity, Secretary of Department of State, | § § § § | |
| Defendant. | § | |

## <u>ORDER</u>

The Court is in receipt of the parties' "Joint Discovery/Case Management Plan Under Rule 26(f) Federal Rules of Civil Procedure" and proposed "Scheduling Order". Dkt. Nos. 11, 13. There are no pending motions filed by either party. Given the parties' agreement concerning some proposed deadlines, the initial pretrial conference set for **June 24, 2026,** is hereby **CANCELLED**. Dkt. No. 10.

The Court will issue a scheduling order which incorporates the parties' proposed deadlines, to the extent that those dates can be accommodated by the Court.

**SIGNED** on this **18th** day of **June, 2026**, at Brownsville, Texas.

**Ignacio Torteya, III**
**United States Magistrate Judge**